Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA KING and CLARENCE KING,<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | No. C 05 5009 JSW<br><br>Before the Honorable JEFFREY S. WHITE<br><br>[~~PROPOSED~~] ORDER VACATING AND/~~OR~~ CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date: MARCH 10, 2006<br>Conference Time: 1:30 p.m.<br>Location: Courtroom 2, 17TH floor |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the March 3, 2006 Case Management Conference ("CMC") to ___June 16, 2006___, at 1:30 p.m. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED: March 3, 2006

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

---

[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1